NUMBER 13-08-00532-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG

__________________________________________________________________


IN RE: HIDALGO COUNTY APPRAISAL DISTRICT AND

HIDALGO COUNTY APPRAISAL DISTRICT REVIEW BOARD

__________________________________________________________________


On Petition for Writ of Mandamus and 


Motion for Emergency Relief
__________________________________________________________________


MEMORANDUM OPINION
 


Before Justices Yañez, Garza, and Vela


Memorandum Opinion Per Curiam 


 

 Relators, Hidalgo County Appraisal District and Hidalgo County Appraisal District
Review Board, filed a petition for writ of mandamus on September 10, 2008. The Court
ordered the real parties in interest, El Pistalon, L.L.P., Ramon Garcia, O G Construction
Co., L.L.P., The Blue Group, Ltd., Co., and South Texas Wildhorse Desert Investments,
Inc., to file a response to relators' petition for writ of mandamus. Such response was duly
filed.

 The parties have now filed a joint motion to dismiss the petition for writ of
mandamus and motion for emergency stay. The Court, having examined and fully
considered the joint motion to dismiss, is of the opinion that said motion should be granted. 
Accordingly, the motion to dismiss is GRANTED and this original proceeding is hereby
DISMISSED without reference to the merits.

 

 PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 22nd day of January, 2009.